UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PETER ROUSSEAU, <br><br> Plaintiff, <br> v. <br><br> PORT TOWNSEND POLICE DEPARTMENT, et. al., <br><br> Defendants. | CASE NO. 23-5554 RJB-DWC <br><br> ORDER ON REPORT AND RECOMMENDATION |

    This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge David W. Christel. Dkt. 5. The Court has considered the Report and Recommendation, the Plaintiff's objections to the Report and Recommendation, and remaining file.

    On June 21, 2023, the Plaintiff filed an application to proceed *in forma pauperis* ("IFP") and a proposed civil complaint. Dkts. 1-1 and 1. The court reviewed the proposed civil complaint and notified the Plaintiff of several deficiencies. Dkt. 3. He was given an opportunity to file a proposed amended complaint (Dkt. 3) which he did (Dkt. 4). On August 21, 2023, the

- 1

Report and Recommendation was filed. Dkt. 5. It recommends denying the Plaintiff's IFP application and dismissing the case without prejudice. *Id.*

The Report and Recommendation (Dkt. 5) should be adopted. The Plaintiff's objections do not provide a basis to reject the Report and Recommendation. The Plaintiff's objection, that several of the parties (e.g. judges and lawyers involved in various criminal and civil matters regarding the Plaintiff) are not immune from suit in the circumstances here, is without merit. He fails to point to any authority to support his contentions. While he maintains that not all his claims are barred by the statute of limitations, he does not point to any particular event which occurred within the allowable timeframe. Further, he does not address the recommendation that the Court find that he has failed to state a claim upon which relief can be granted. The Plaintiff was notified of several deficiencies in his complaint and his attempt at re-pleading his case was unavailing. The Plaintiff's IFP application should be denied and his case dismissed without prejudice.

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 5) **IS ADOPTED;**
- The Plaintiff's Application to proceed IFP (Dkt. 1) **IS DENIED;** and
- This case **IS DISMISSED WITHOUT PREJUDICE**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 27th day of September, 2023.

ROBERT J. BRYAN
United States District Judge